UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-10889-GAO

MARIE FAYETTE AND JEAN L. RAYMOND,
Plaintiffs,

v.

SAXON MORTGAGE SERVICES, INC.,
Defendant.

ORDER
February 17, 2012

O'TOOLE, D.J.

The defendant's Motion (dkt. no. 5) to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, which is unopposed, is GRANTED, substantially for the reasons set forth in the defendant's memorandum. The action is dismissed.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge